IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3090 |
| vs. | ORDER |
| JOHN POHLMAN, | |
| Defendant. | |

This matter is before the Court on the defendant's motion (filing 37) to withdraw his objection (filing 34) to the Magistrate Judge's findings and recommendation (filing 31) recommending that his motion to dismiss (filing 23) be denied. The Court will grant the motion to withdraw. And because 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them, *Peretz v. United States*, 501 U.S. 923 (1991), the Court will adopt the Magistrate Judge's recommendation that the defendant's motion to dismiss be denied.

IT IS ORDERED:

1. The defendant's motion to withdraw (filing 37) is granted.

2. The defendant's objection (filing 34) is withdrawn.

3. The Magistrate Judge's findings and recommendation (filing 31) are adopted.

4. The defendant's motion to dismiss (filing 23) is denied.

Dated this 15th day of December, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge